IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 09-211 |
| | ) | |
| BRYAN K. RUSSO, | ) | |
| | ) | |
| Defendant. | ) | |

AMBROSE, District Judge

## MEMORANDUM ORDER OF COURT

Defendant, Bryan Russo, has requested the use of a written questionnaire for jury selection. See Docket No. [105]. The United States has filed objections to this request. See Docket No. [113]. The request is granted, subject to the following additions:

1. For Proposed Questions 1-6, the Request is granted if the questions are rephrased to mimic Proposed Question 1, i.e., "Do you have any difficulty accepting the legal concept that…" and the prospective jurors are given the choices YES ___ and NO ___.

2. After Proposed Question 10, the Government's Proposed Question at the bottom of page 5 of Docket No. [113] is added.

3. After Proposed Question 17, the question proposed by the Government at the top of page 6 of Docket No. [113] is added.

4. Proposed Question 18 is eliminated.

5. After Proposed Question 19, a reverse question is added, i.e., "would you be inclined to believe…".

6. Proposed Question 20 is modified to include Defendant and / or witnesses in a criminal case as well as a victim.

7. Proposed Questions 26 and 27 are eliminated.

Defendant will provide a copy of the modified Questionnaire to the United States and the Court by noon on Wednesday, November 3, 2010.

On Monday, November 8, 2010, the Defendant shall provide three copies of the Questionnaire for each prospective juror.

By the Court:

/s/Donetta W. Ambrose
Donetta W. Ambrose
U.S. District Judge